IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL Z. MALDONADO,

    Plaintiff,

v.

SUPERVISOR MICHAEL JOHNSON,
AGENT AMY WARD and
WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-599-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed.

_____   10/9/09
Peter Oppeneer, Clerk of Court      Date